|   |   |
|---|---|
| 1 | TRACY L. WILKISON |
|   | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
|   | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
|   | Senior Trial Attorney, Civil Division |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |

**JS-6**

<pre>
 1   TRACY L. WILKISON
     United States Attorney
 2   DAVID M. HARRIS
     Assistant United States Attorney
 3   Chief, Civil Division
     CEDINA M. KIM
 4   Assistant United States Attorney
 5   Senior Trial Attorney, Civil Division
     JENNIFER LEE TARN, CSBN 240609
 6   Special Assistant United States Attorney
 7         Social Security Administration
 8         160 Spear Street, Suite 800
           San Francisco, CA 94105
 9         Telephone: (510) 970-4861
10         Facsimile: (415) 744-0134
           Email: Jennifer.Tarn@ssa.gov
11
12   Attorneys for Defendant
13
14                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
15                          WESTERN DIVISION
16
     MARLON B. GARLAND,            )  No.  2:20-cv-06215-RSWL-KES
17                                 )
18           Plaintiff,             )  [PROPOSED] JUDGMENT
                                   )
19           v.                     )
                                   )
20                                 )
21   KILOLO KIJAKAZI,              )
     Acting Commissioner of Social )
22   Security,                     )
                                   )
23                                 )
             Defendant.             )
24
25
26
27
28
</pre>

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: March 3, 2022      *Karen E. Scott*
HONORABLE JUDGE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE